THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRIE L. WILLIAMS,<br><br>        Plaintiff,<br><br> v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation; and AMERICAN AIRLINES, INC., a Delaware corporation,<br><br>        Defendants. | No. 2:10-cv-00751 RBL<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT METLIFE WITH PREJUDICE AND WITHOUT COSTS**<br><br>NOTE ON MOTION CALENDAR: AUGUST 16, 2011 |

## STIPULATION

Plaintiff Terrie L. Williams and defendant Metropolitan Life Insurance Company ("MetLife"), through their undersigned counsel of record, hereby stipulate and agree that the Court may enter the below order dismissing all claims against MetLife of any type in this case with prejudice and without costs or attorneys fees awarded to any party.

Dated this 16th day of August, 2011.

               LANE POWELL PC


               By  s/ Sarah E. Swale
                 D. Michael Reilly, WSBA No. 14674
                 Sarah E. Swale, WSBA No. 29626
                 Email: reillym@lanepowell.com
                 Email: swales@lanepowell.com
               Attorneys for Defendant MetLife

STIPULATION AND ORDER DISMISSING METLIFE - 1
CASE NO: 2:10-CV-00751 RBL

MOSCHETTO KOPLIN McGUIRE

By s/ Elizabeth LePley
   Joseph L. Koplin, WSBA No. 7683
   Elizabeth LePley, WSBA No. 40667
   Email: joekoplin@mandk.net
   Email: elizabethl@mandk.net
Attorneys for Plaintiff

## ORDER

BASED on the above stipulation, IT IS SO ORDERED.

DATED this 22nd day of August 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By s/ Sarah E. Swale
   D. Michael Reilly, WSBA No. 14674
   Sarah E. Swale, WSBA No. 29626
Attorneys for Defendant MetLife

Copy Received; Approved as to form;
Notice of presentation waived.

MOSCHETTO KOPLIN McGUIRE

By s/ Elizabeth LePley
   Joseph L. Koplin, WSBA No. 7683
   Elizabeth LePley, WSBA No. 40667
Attorneys for Plaintiff

STIPULATION AND ORDER DISMISSING METLIFE - 2
CASE NO: 2:10-CV-00751 RBL

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 16th day of August, 2011, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Elizabeth LePley
Joseph Lawrence Koplin
Moschetto Koplin McGuire
Email: elizabethl@mandk.net
        joekoplin@mandk.net

Ryan Paul Hammond
Littler Mendelson
Email: rhammond@littler.com

Kenneth R. O'Brien, (Pro Hac Vice)
Little Mendelson
Email: KOBrien@littler.com

EXECUTED this 16th day of August, 2011, at Seattle, Washington.

                                            s/Lorrie A. Salinas
                                              Lorrie A. Salinas

STIPULATION AND ORDER DISMISSING METLIFE - 3
 CASE NO: 2:10-CV-00751 RBL

105460.0039/5152543.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107