```
┌─────────────────────────────────┐
│  ──── FILED ──── ──── LODGED ──── │
│         ──── RECEIVED ────         │
│                                    │
│         AUG 29 2011                │
│        CLERK U.S. DISTRICT COURT   │
│ WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│ BY                        DEPUTY   │
└─────────────────────────────────┘
```

The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRIE L. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; and AMERICAN AIRLINES, INC., a Delaware Corporation, <br><br> Defendants. | Case No. CV10-0751 RBL <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND RELATED DEADLINES** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties[1] through

their respective undersigned attorneys, as follows:

1.    The Court's August 19, 2010 Minute Order Setting Trial Date, Pretrial Dates and

Ordering Mediation, set the following deadlines in this case:

|  |  |
|---|---|
| Agreed Pretrial Order OR if counsel request to dispense with, and the Court approves, Witness and Exhibit Lists are due | September 2, 2011 |

---

[1] On August 22, 2011, the Court entered an order dismissing Metropolitan Life Insurance Company as a defendant in this lawsuit.  As a result, the only remaining parties are Plaintiff Terrie L. Williams and Defendant American Airlines, Inc. (Docket No. 24)  In addition, contemporaneous with the filing of this Stipulation, the parties are also filing a Stipulation to substitute Defendant American Airlines, Inc. with Defendant American Airlines, Inc. Long Term Disability Plan Trust.  Should the Court approve the substitution of the defendant in this action, Defendant American Airlines, Inc. Long Term Disability Plan Trust, which is represented by the same counsel as Defendant American Airlines, Inc., joins in the Stipulation and Request to Continue Trial and Related Deadlines.

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
AND RELATED DEADLINES
Cause No. CV10-0751 RBL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Firmwide:103476358.1 009001.1319

Trial Briefs and Proposed Findings of Fact
and Conclusions of Law shall be filed by                    September 6, 2011

Pretrial conference will be HELD at 8:30 AM                 September 9, 2011
1-2 DAYS Non-Jury TRIAL set for 9:00 AM                     September 19, 2011

2.      Defendant American Airlines, Inc. filed a Motion for Summary Judgment on June 21, 2011 (Docket No. 17).  Plaintiff filed an Opposition to the Motion and Defendant filed a Reply.  The Motion is now fully briefed and pending before the Court.

3.      In or around mid-August 2011, lead counsel for Defendant, Ken O'Brien, experienced a serious medical condition for which he is still recovering.  Mr. O'Brien has been unable to perform his regular work since that time.  He continues to receive medical care for his condition and he continues to be unable to perform his regular work.  According to his health care providers, Mr. O'Brien is not expected to return to his regular work duties for at least several weeks.

4.      The parties, after meeting and conferring in good faith, have agreed to request that the Court continue all unexpired dates under the scheduling order for at least sixty (60) days to allow Mr. O'Brien to participate in pretrial and trial proceedings, should such be necessary after the Court rules upon Defendant's pending Motion.   Plaintiff's counsel has conferred with Plaintiff and Plaintiff has agreed to this stipulation to extend the trial date.

5.      In addition, the parties have agreed to dispense with the Agreed Pretrial Order, and request that the Court enter an order that only requires them to file Exhibit and Witness Lists, and Trial Briefs and Proposed Findings of Fact and Conclusions of Law.

. . .

. . .

. . .

. . .

. . .

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
AND RELATED DEADLINES - 2
Cause No. CV10-0751 RBL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Firmwide:103476358.1 009001.1319

1    6.    This stipulation and request is filed in good faith and is not for purposes of undue

2    delay.

3    Dated: this 26th day of August, 2011.

4    FOR PLAINTIFF:                                    FOR DEFENDANT:

5
     /s/Elizabeth LePley                               /s/ Kenneth R. O'Brien
6    Elizabeth LePley, WSBA #40667                     Kenneth R. O'Brien, admitted *pro hac vice*
     Joseph Koplin, WSBA #7683                         Ryan P. Hammond, WSBA #38888
7    MOSCHETTO & KOPLIN, INC., P.S.                    LITTLER MENDELSON, P.C.
     E-Mail:    elizabeth@mkmlawfirm.com               E-Mail:    kobrien@littler.com
8               joekoplin@mandk.net                               rhammond@littler.com

9

10

11                              **ORDER**

12          **IT IS SO ORDERED.** The Court will issue a new Minute Order Setting Trial Date and

13   Pretrial Dates that is consistent with the parties' stipulation and request set forth above.

14          DATED this ___29th___ day of ___August___, 2011.

15

16                                                 THE HONORABLE RONALD B. LEIGHTON

17

18   Presented by:

19   s/ Kenneth R. O'Brien
     Kenneth R. O'Brien, admitted *pro hac vice*
20   Ryan P. Hammond, WSBA #38888
     Littler Mendelson, P.C.
21   kobrien@littler.com
     rhammond@littler.com
22

23   s/ Elizabeth LePley
     Elizabeth LePley, WSBA #40667
24   Joseph Koplin, WSBA #7683
     MOSCHETTO & KOPLIN, INC., P.S.
25   E-Mail:    elizabeth@mkmlawfirm.com
                joekoplin@mandk.net
26

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
AND RELATED DEADLINES - 3
Cause No. CV10-0751 RBL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Firmwide:103476358.1 009001.1319

1

## CERTIFICATE OF SERVICE

2       I am a resident of the State of California, over the age of eighteen years, and not a party

3  to the within action.  My business address is 600 University Street, Suite 3200, Seattle, WA

4  98101-3122.  On August 26, 2011, I electronically filed **STIPULATION AND [PROPOSED]**

5  **ORDER CONTINUING TRIAL AND RELATED DEADLINES**   with the Clerk of the

6  Court using the CM/ECF system which will send notification of such filing The Honorable

7  Ronald B. Leighton and to the following:

8  **Elizabeth Lepley**
   **Joseph Koplin**
9  **Moschetto & Koplin, Inc., P.S>**
   **1800 – 112th Avenue NE, Ste. 300 E**
10  **Bellevue, WA  98004-2954**

11

12  And I hereby certify that I have mailed by United States Postal Service the document to the

13  following non CM/ECF participants:

14       **[Not applicable]**

15

16       I declare under penalty of perjury under the laws of the State of Washington that the

17  above is true and correct.  Executed on August 26, 2011, at Sacramento, California.

18

19                        */s/ Anna M. Robertson*

20                        ANNA M. ROBERTSON
                      arobertson@littler.com

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
AND RELATED DEADLINES
Cause No. CV10-0751 RBL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Firmwide:103476358.1 009001.1319