```
_____ FILED _____ LODGED
_____ RECEIVED

AUG 29 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                          DEPUTY
```

The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRIE L. WILLIAMS,

        Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE
COMPANY, a New York Corporation; and
AMERICAN AIRLINES, INC., a Delaware
Corporation,

        Defendants.

Case No. CV10-0751 RBL

**STIPULATION AND [PROPOSED]**
**ORDER ALLOWING AMENDMENT**
**OF COMPLAINT TO SUBSTITUTE**
**CORPORATE DEFENDANT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties[1] through

their respective undersigned attorneys, as follows:

    1.    The Court's August 19, 2010 Minute Order Setting Trial Date, Pretrial Dates and

Ordering Mediation, set the "Deadline for the FILING of any motion to join parties not later than

September 20, 2010." (Docket No. 15)

    2.    Defendant American Airlines, Inc.'s "Answer to Plaintiff's Complaint for

Damages" previously filed and served on Plaintiff on July 16, 2010, expressly alleged American

Airlines, Inc. is not a proper defendant in this action. (Docket No. 12 at p. 6, 18-21)

---

[1] On August 22, 2011, the Court entered an order dismissing Metropolitan Life Insurance Company as a defendant
in this lawsuit. As a result, the only remaining parties are Plaintiff Terrie L. Williams and Defendant American
Airlines, Inc. (Docket No. 24)

STIPULATION AND[PROPOSED] ORDER ALLOWING
AMENDMENT TO COMPLAINT AND SUBSTITUTION
Cause No. CV10-0751 RBL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

Firmwide:103470698.1 009001.1319

1    3.    The parties, having met and conferred in good faith, have agreed to stipulate to

2    allow Plaintiff to now amend her complaint to substitute the correct corporate defendant,

3    "American Airlines, Inc. Long Term Disability Plan Trust," in place of the existing named

4    corporate defendant, American Airlines, Inc.

5    4.    The parties further stipulate and request that the previous Answer of Defendant

6    American Airlines, Inc. filed on July 16, 2010 (with the exception of the Eleventh Affirmative

7    Defense) shall be considered to be the Answer of Defendant American Airlines, Inc. Long Term

8    Disability Plan Trust.

9    5.    The Parties further stipulate and request that the previous Motion for Summary

10   Judgment filed by American Airlines, Inc. filed on June 21, 2011 shall be considered to be a

11   Motion for Summary Judgment filed by Defendant American Airlines, Inc. Long Term

12   Disability Plan Trust. (Docket No. 17)

13   Dated:  this 26th day of August, 2011.

14   FOR PLAINTIFF:                          FOR DEFENDANT:

15

16   /s/Elizabeth Lepley                     /s/ Kenneth R. O'Brien
     Elizabeth Lepley, WSBA #40667           Kenneth R. O'Brien, admitted pro hac vice
     Joseph Koplin, WSBA #7683               Ryan P. Hammond, WSBA #38888
17   MOSCHETTO & KOPLIN, INC., P.S.          LITTLER MENDELSON, P.C.
     1800 – 112th Avenue NE, Ste. 300 E      One Union Square
18   Bellevue, WA 98004-2954                 600 University Street, Suite 3200
     Phone:      425.641.6000                Seattle, WA 98101.3122
19   Fax:        425.641.1745                Phone:      206.623.3300
     E-Mail:     elizabeth@mkmlawfirm.com    Fax:        206.447.6965
20               joekoplin@mandk.net         E-Mail:     kobrien@littler.com
                                                         rhammond@littler.com
21
     Attorneys for Plaintiff
22   Terrie L. Williams                      Attorneys for Defendants
                                             American Airlines, Inc. and American Airlines,
23                                           Inc. Long Term Disability Plan Trust

24

25

26

STIPULATION AND[PROPOSED] ORDER ALLOWING
AMENDMENT TO COMPLAINT AND SUBSTITUTION - 2
Cause No. CV10-0751 RBL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Firmwide:103470698.1 009001.1319

1

## ORDER

2      **IT IS ORDERED** that Defendant American Airlines, Inc. is hereby dismissed without

3  prejudice under the terms set forth above and Defendant American Airlines, Inc. Long Term

4  Disability Plan Trusts is hereby substituted as a named defendant in its place under the terms of

5  the parties' stipulation as set forth above.

6      DATED this ___29th___ day of ___August___, 2011.

7

8                                   _____
                                    THE HONORABLE RONALD B. LEIGHTON

9

10  Presented by:

11  *s/ Kenneth R. O'Brien*
    Kenneth R. O'Brien, admitted *pro hac vice*

12  Ryan P. Hammond, WSBA #38888
    Littler Mendelson, P.C.

13  kobrien@littler.com
    rhammond@littler.com

14

15  *s/ Elizabeth LePley*
    Elizabeth LePley, WSBA #40667

16  Joseph Koplin, WSBA #7683
    MOSCHETTO & KOPLIN, INC., P.S.

17  E-Mail:      elizabeth@mkmlawfirm.com
                 joekoplin@mandk.net

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER ALLOWING
AMENDMENT TO COMPLAINT AND SUBSTITUTION - 3
Cause No. CV10-0751 RBL

Firmwide:103470698.1 009001.1319

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1

### CERTIFICATE OF SERVICE

2    I am a resident of the State of California, over the age of eighteen years, and not a party

3 to the within action.  My business address is 600 University Street, Suite 3200, Seattle, WA

4 98101-3122.  On August 26, 2011, I electronically filed **STIPULATION AND [PROPOSED]**

5 **ORDER   ALLOWING   AMENDMENT   OF   COMPLAINT   TO   SUBSTITUTE**

6 **CORPORATE DEFENDANT**   with the Clerk of the Court using the CM/ECF system which

7 will send notification of such filing The Honorable Ronald B. Leighton and to the following:

8    **Elizabeth Lepley**
     **Joseph Koplin**
9    **Moschetto & Koplin, Inc., P.S>**
     **1800 – 112ᵗʰ Avenue NE, Ste. 300 E**
10   **Bellevue, WA  98004-2954**

11

12 And I hereby certify that I have mailed by United States Postal Service the document to the

13 following non CM/ECF participants:

14         **[Not applicable]**

15

16    I declare under penalty of perjury under the laws of the State of Washington that the

17 above is true and correct.  Executed on August 26, 2011, at Sacramento, California.

18

19                               */s/ Anna M. Robertson*
                                  ANNA M. ROBERTSON
20                                arobertson@littler.com

21

22

23

24

25

26

STIPULATION AND[PROPOSED] ORDER ALLOWING
AMENDMENT TO COMPLAINT AND SUBSTITUTION
Cause No. CV10-0751 RBL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Firmwide:103470698.1 009001.1319