The Honorable Ronald B. Leighton



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TERRIE L. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; and AMERICAN AIRLINES, INC., a Delaware Corporation,<br><br>Defendants. | NO. CV10-0751RBL<br><br>[~~PROPOSED~~] ORDER DENYING DEFENDANTS MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR:<br>JULY 15, 2011 |

THIS MATTER having come on before the Court on Defendants MetLife and American Airlines joined Motion for Summary Judgment, and the Court having read and considered:

1. Defendant American Airlines' Motion for Summary Judgment and supporting papers;

2. Defendant MetLife's Joinder to Motion for Summary Judgment;

3. Plaintiff's Opposition and supporting papers;

4. Defendants' Replies and supporting papers; and

5. Oral argument of the parties, if any,

IT IS HEREBY

PROPOSED ORDER - 1
Cause No: CV10-0751 RBL
Rev. July 11, 2011



Moschetto Koplin McGuire
1800 112th Ave NE, Suite 300E
Bellevue, WA 98004-2954
Telephone: 425-641-6000
Fax: 425-641-1745

ORDERED, ADJUDGED AND DECREED that the level of review is Abuse of Discretion and that Defendants' MetLife and American Airlines Motion for Summary Judgment is DENIED.

DONE IN OPEN COURT this 19th day of September, 2011.

_____
UNITED STATE DISTRICT JUDGE
THE HONORABLE RONALD B. LEIGHTON

Presented by:

MOSCHETTO KOPLIN McGUIRE

By /s/ Elizabeth LePley
JOSEPH L. KOPLIN, WSBA #7683
Email: joekoplin@mandk.net
ELIZABETH LEPLEY, WSBA #40667
Email: elizabethl@mandk.net
Attorneys for Plaintiff

PROPOSED ORDER - 2
Cause No: CV10-0751 RBL
Rev. July 11, 2011



Moschetto Koplin McGuire
1800 112th Ave NE, Suite 300E
Bellevue, WA 98004-2954
Telephone: 425-641-6000
Fax: 425-641-1745

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certified under penalty of perjury unde the laws of the State of Washington, that on the 11th day of July, 2011, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with the ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filings to the following persons:

Michael Reilly
Sarah E. Swale
Lane Powell
1420 5th Avenue, Suite 4100
Seattle, WA 98101-2338
SwaleS@LanePowell.com
ReillyM@LanePowell.com

Ryan Paul Hammond
Littler Mendelson
One Union Square, Suite 3200
600 University Street
Seattle, WA 98101-3122
rhammond@littler.com

Kenneth R. O'Brien
Little Mendelson
2520 Venture Oaks Way, Suite 390
Sacramento, CA. 95835
KOBrien@littler.com

EXECUTED this 11th day of July, 2011, at Bellevue, Washington.

_/s/ Elizabeth LePley_
Elizabeth A. LePley, WSBA#40667

PROPOSED ORDER - 3
Cause No: CV10-0751 RBL
Rev. July 11, 2011



Moschetto Koplin McGuire
1800 112th Ave NE, Suite 300E
Bellevue, WA 98004-2954
Telephone: 425-641-6000
Fax: 425-641-1745